# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TOMMY HOLMES, | ) | CASE NO. CV-F-03-5090 AWI SMS P |
| Plaintiff, | ) | ORDER STRIKING MOTION FOR APPOINTMENT OF COUNSEL, OBJECTIONS, AND RESPONSE TO DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME |
| v. | ) | |
| L. MARQUEZ, | ) | |
| Defendant. | ) | (Docs. 59, 60, 65, and 66) |
| | ) | ORDER SETTING TELEPHONIC HEARING TO ADDRESS ISSUE OF PLAINTIFF'S FAILURE TO OBEY THE COURT'S ORDERS |
| | ) | Hearing Date: June 23, 2005<br>Time:         10:00 a.m.<br>Courtroom:   4 (SMS) |

Plaintiff filed a motion for the appointment of counsel on April 28, 2005, objections on April 28, 2005, objections on May 9, 2005, and a response to defendant's request for an extension of time on May 19, 2005. None of the filings was accompanied by a certificate of service stating that the filing had been served on defendant's counsel. Plaintiff has been warned repeatedly of the need to comply with this requirement. On February 17, 2005, plaintiff was warned that if he again failed to comply with this requirement, the court would require him to order to show cause why sanctions should not be imposed.

Based on the foregoing, it is HEREBY ORDERED that:

1.    Plaintiff's filings are STRICKEN from the record (documents 59, 60, 65, and 66);

///

1

2. This matter is set for a telephonic hearing to discuss plaintiff's failure to comply with the court's orders;

3. The hearing is set for June 23, 2005, at 10:00 a.m. before the undersigned in Courtroom 4; and

4. Counsel for defendant is required to arrange for the participation of plaintiff in the telephonic hearing and to initiate the telephonic hearing at (559) 498-7325.

IT IS SO ORDERED.

Dated:     May 24, 2005                              /s/ Sandra M. Snyder
icido3                                            UNITED STATES MAGISTRATE JUDGE