# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY HOLMES,<br><br>        Plaintiff,<br><br>   v.<br><br>L. MARQUEZ,<br><br>        Defendant.<br>_____/ | CASE NO. CV-F-03-5090 AWI SMS P<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AND DEFENDANT'S REQUEST FOR EXTENSION OF TIME AS MOOT<br><br>(Docs. 58 and 63) |

On April 25, 2005, plaintiff filed a motion seeking an order compelling defendant to respond to his request for the production of documents and interrogatories, served on or around February 16, 2005. Defendant did not file a response to the motion, but did file, on May 6, 2005, a request for an extension of time to serve responses to plaintiff's discovery requests. In the request, defendant acknowledged that the responses were overdue and stated that the responses should be completed and served by May 18, 2005.

Based on counsel's declaration that the responses should have been prepared and served by May 18, 2005, plaintiff's motion to compel and defendant's request for an extension of time are now moot and are HEREBY DENIED without prejudice on that ground.

IT IS SO ORDERED.

**Dated:   May 24, 2005**               /s/ Sandra M. Snyder
icido3                                               UNITED STATES MAGISTRATE JUDGE