UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY J. HOLMES,<br><br>    Plaintiff,<br><br>    v.<br><br>L. MARQUEZ,<br><br>    Defendant. | 1:03-CV-5090 AWI SMS P<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE OBJECTIONS, AND GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME TO SERVE DISCOVERY RESPONSE NUNC PRO TUNC TO MAY 26, 2005<br><br>(DOCUMENTS #61 AND #69) |

On April 29, 2005, plaintiff filed a motion to extend time to file objections to the Findings and Recommendations filed on April 8, 2005. On May 26, 2005, defendant filed a request for an extension of time nunc pro tunc to May 26, 2005, to serve a response to plaintiff's second request for the production of documents.

Both parties' requests are HEREBY GRANTED. Plaintiff has **thirty (30) days** from the date of service of this order within which to file objections to the Findings and Recommendations.[1] In light of plaintiff's notice of change of address to CSP-Sacramento, filed May 26, 2005, defendant shall ensure

///

///

---

[1] The objection filed by plaintiff on May 9, 2005, was stricken from the record by the court on May 24, 2005.

that the responses to plaintiff's discovery requests are re-served on plaintiff at his address of record within **ten (10) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:   June 8, 2005**                     /s/ Sandra M. Snyder
i0d3h8                                        UNITED STATES MAGISTRATE JUDGE