# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY HOLMES,<br><br>             Plaintiff,<br><br>    v.<br><br>L. MARQUEZ,<br><br>             Defendant. | CASE NO. 1:03-CV-5090-AWI-SMS-P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>(Docs. 38 and 55) |

Plaintiff Tommy Holmes ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 8, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice that any objections were to be filed within thirty days. (Doc. 55.) On May 9, 2005, plaintiff filed objections. (Doc. 65.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

This action is proceeding against defendant Marquez for allegedly holding plaintiff in a cell for three days in November of 2001 at California State Prison-Corcoran under conditions that violated the Eighth Amendment. In his motion, plaintiff seeks a transfer from CSP-Corcoran to another institution due to safety concerns. The Magistrate Judge correctly found that the Court has no jurisdiction to grant the order sought because the order would not remedy the claim at issue in

1

this action. Rivera v. Freeman, 469 F. 2d 1159, 1162-63 (9th Cir. 1972). Furthermore, plaintiff's motion has now been rendered moot following plaintiff's transfer to the California State Prison-Sacramento in May of 2005. Dilley v. Gunn, 64 F.3d 1365, 1368 (9th Cir. 1995); Johnson v. Moore, 948 F.2d 517, 519 (9th Cir. 1991).

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed April 8, 2005, is adopted in full; and,

2. Plaintiff's motion for preliminary injunctive relief, filed January 5, 2005, is DENIED.

IT IS SO ORDERED.

**Dated:  August 22, 2005**
0m8i78
                                        /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE