UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TOMMY JOE HOLMES, | ) | 1:03-CV-5090 AWI SMS P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | |
| v. | ) | (DOCUMENT #88) |
| | ) | |
| L. MARQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 26, 2005, plaintiff filed a motion to extend time to respond to defendant's motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file his response to defendant's motion for summary judgment.

IT IS SO ORDERED.

**Dated:   October 7, 2005**             /s/ Sandra M. Snyder
i0d3h8                                    UNITED STATES MAGISTRATE JUDGE