# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY HOLMES, | CASE NO. 1:03-CV-05090-AWI-SMS-P |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN OBJECTION |
| v. | |
| L. MARQUEZ, | (Doc. 92) |
| Defendant. | |

On January 3, 2006, plaintiff filed a motion for an extension of time to file an objection to the Findings and Recommendations recommending that defendant's motion for summary judgment be granted. Plaintiff's motion for an extension of time is HEREBY GRANTED. Plaintiff's objection is due within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:  January 4, 2006**          /s/ Sandra M. Snyder
i0d3h8                               UNITED STATES MAGISTRATE JUDGE

1